UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

METROPOLITAN LIFE
INSURANCE COMPANY, et. al.,   CASE NO.: 2:03-CV-72791-DT

vs.   HON. JOHN CORBETT O'MEARA
MAG. JUDGE WALLACE CAPEL, JR.

SHERRON D. MOORE, et. al.,

_____/

## ORDER STAYING PROCEEDINGS

This matter is before the undersigned based upon an Order of Reference to United States Magistrate Judge by the Honorable John Corbett O'Meara, filed on March 10, 2006, following an order remanding this case by the Sixth Circuit United States Court of Appeals.

On April 18, 2006, a Status conference was conducted with the parties concerning the direction that this case should follow. At the hearing, it was determined that since the parties to this action were without legal representation, and because the issue involved in this case is complex, the parties were granted a period of time in which to obtain legal counsel to represent them. Subsequently, this matter was ordered adjourned until May 22, 2006.

On April 27, 2006, the Defendant, Katrina Moore, filed a pleading entitled "Objection To Order Setting Continued Status/Scheduling Conference." Her objection is primarily premised that the Magistrate Judge does not have jurisdiction to handle the disposition of the pending case.

Further, the Court has been advised by the Sixth Circuit United States Court of Appeals that the Defendant, Katrina Moore, has filed a complaint for judicial misconduct against this Magistrate Judge and District Court Judge concerning this case.

Accordingly, based upon the events that have recently transpired in this case, the Status conference currently scheduled for May 22, 2006 is hereby **ADJOURNED WITHOUT DATE,** pending a decision on the Defendant's objection to the status/scheduling conference, and upon a resolution of the pending complaint for judicial misconduct.

**IT IS SO ORDERED.**


DATED: May 1, 2006          s/ Wallace Capel, Jr.
                            **WALLACE CAPEL, JR.**
                            **UNITED STATES MAGISTRATE JUDGE**


**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Randolph D. Phifer , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Sherron D. Moore, P.O. Box 301674, Flint, MI 48531, Kevin Moore, II, 2525 Begole, Flint, MI 48504, Katrina L. Clark, 237 E. Rankin, Flint, MI 48505

                            s/ James P. Peltier
                            James P. Peltier
                            Courtroom Deputy Clerk
                            U.S. District Court
                            600 Church St.
                            Flint, MI 48502
                            810-341-7850
                            pete_peltier@mied.uscourts.gov