UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

METROPOLITAN LIFE INSURANCE CO.,
                Plaintiff(s),          CASE NO.:2:03-CV-72791-DT

vs.                                        HON. JOHN CORBETT O'MEARA
                                              MAG. JUDGE WALLACE CAPEL

SHERRON D. MOORE, et. al.,
                Defendant(s),
_____/

## SCHEDULING ORDER

This matter came before the Court for a Status Conference hearing on October 12, 2006.

At the status conference it was determined that further briefing of the pertinent issues in this matter is necessary. It was also determined that since the parties at this stage of the proceedings do not have counsel to represent them, the Court has advised the parties that it would be in their best interest to retain counsel to resolve the issue that is before the Court following remand of this case from the Sixth Circuit United States Court of Appeals.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant, Sherron D. Moore, shall prepare and submit an accounting of the insurance proceeds which she has received in this matter within **TEN DAYS** of receipt of this Order.

**IT IS FURTHER ORDERED** that the parties shall have a period of time of **SEVEN DAYS** from the date of this Order in which to retain counsel.

**IT IS FURTHER ORDERED** that within **TWENTY DAYS**, the Defendant, Sherron D. Moore, shall file a Motion with a Brief, in accordance with Rule 7, Local Rules - Eastern District of Michigan, relevant to the issue of whether the state intended to revoke the beneficiary status of

Kevin Moore's two children.

**IT IS FURTHER ORDERED** that Defendant, Katrina L. Clark, shall file a Response with a Brief, in accordance with Rule 7, Local Rules - Eastern District of Michigan, within **TEN DAYS** after receipt of the Defendant's motion.

Upon review of these pleadings, the undersigned will make a determination whether oral argument is necessary.

**IT IS SO ORDERED.**

DATED: October 16, 2006                           s/ Wallace Capel, Jr.
                                                  **WALLACE CAPEL, JR**
                                                  **United States Magistrate Judge**

### CERTIFICATE OF SERVICE

I hereby certify that on **October 16, 2006**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Randolph D. Phifer, and I hereby certify that I have hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participants: Sherron D. Moore, P.O. Box 301674, Flint, MI 48531, Katrina L. Clark, 237 E. Rankin, Flint, MI 48505, Kevin Moore, II, 2525 Begole, Flint, MI 48504.

                                                  s/ James P. Peltier
                                                  James P. Peltier
                                                  Courtroom Deputy Clerk
                                                  U.S. District Court
                                                  600 Church St.
                                                  Flint, MI 48502
                                                  810-341-7850
                                                  pete_peltier@mied.uscourts.gov