UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,                CIVIL ACTION NO. 03-72791
                                                HON. JOHN CORBETT O'MEARA

v.

SHERRON MOORE, KATRINA CLARK,
as GUARDIAN AD LITEM for KAVOTTIS
MOORE and KYLA MOORE, Minors: KEVIN
MOORE II, and LAWRENCE E. MOON FUNERAL
HOME, INC.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on Magistrate Judge Pepe's Report and Recommendation, filed February 23, 2007. Being fully advised in the premises and having reviewed the record and pleadings, including the Report and Recommendation and any objections thereto;

      IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

      IT IS FURTHER ORDERED that Katrina Clark's Motion for Summary Judgment [docket #63] and Motion to Disqualify [docket #64] are DENIED.

                                                            s/John Corbett O'Meara
Dated: March 14, 2007                             United States District Judge

Certificate of Service

    I hereby certify that a copy of this order was served upon the Trek Carethers, Thomas Donnellan, Sherron Moore, Kevin Moore, and Katrina Clark on February 14, 2007, electronically or by U.S. Mail.

                                                       s/William Barkholz
                                                       Case Manager