UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

               CASE NUMBER: 03-72791

     Plaintiff,

               HONORABLE JOHN CORBETT O'MEARA

v.

SHERRON MOORE, KATRINA CLARK,
as GUARDIAN AD LITEM for
KAVOTTIS MOORE and KYLA MOORE,
Minors; KEVIN MOORE II, and
LAWRENCE E. MOON FUNERAL HOME
INC.,

     Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Pepe's Report and Recommendation, filed on July 08, 2008, as well as any objections filed thereto,

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and entered as the findings and conclusions of this Court.

               s/John Corbett O'Meara
               United States District Judge

Date: July 29, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 29, 2008, by electronic and ordinary mail.

               s/William Barkholz
               Case Manager